Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER SCHOFIELD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ALBERTSONS SAFEWAY LLC<br><br>*Defendant.* | CASE NO. 4:25-cv-01259<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Civil Local Rule 3-15, Plaintiff Jennifer Schofield certifies that, to her knowledge, no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (other than the named parties) have either: (i) a financial interest in the subject matter of this litigation or in a party to the litigation, or (ii) any other interest that could be substantially affected by the outcome of this proceeding.

Accordingly, pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the named parties, no persons, firms, partnerships, corporations, or other entities have a financial interest in the subject matter of this litigation or an interest that could be substantially affected by the outcome of the proceeding.

- 1 -

*CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15*

| | | |
|---|---|---|
| 1 | Dated: February 5, 2025 | PLAINTIFF, individually and on behalf of all others similarly situated, |

By: */s/ Dana Oliver*
Dana J. Oliver
**OLIVER LAW CENTER, INC.**
*Attorney for Plaintiff and the Putative Classes*

Anthony Paronich *(Pro Hac Vice Pending)*
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Attorney for Plaintiff and the Putative Classes*

- 2 -

*CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15*